# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

INTERSCOPE RECORDS, a California general
partnership; SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; UMG RECORDINGS,
INC., a Delaware corporation; CAPITOL RECORDS,
INC., a Delaware corporation; MAVERICK
RECORDING COMPANY, a California joint
venture; and BMG MUSIC, a New York
general partnership

V.   CASE NUMBER: 1:05-CV-920(FJS/DRH)

MARK SHARP

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANT for default judgment in the amount of $7,500.00 and a permanent injunction as set forth in the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on December 19, 2007.

DATED:   December 19, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp